**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

THE AL AGNEW COLLECTION LLC,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.:  1:24-cv-02040

Judge Andrea R. Wood

Magistrate Judge Jeffrey T. Gilbert

**NOTICE OF DISMISSAL**

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 111 | Mapotofux |
| 112 | Huirui |
| 193 | DazzlingShine |
| 48 | JASHLJSA |
| 130 | xinruiyanyijoy |
| 26 | ZHANBOXSHOP |
| 15 | Ksionmingse |
| 85 | SHANDIES |
| 29 | linnaYS |
| 74 | TH ART |
| 90 | SUP-SKDW |

DATED:  May 9, 2024                 Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 9, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt